1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KAMBRAY MILLER, | Case No. 2:22-CV-00766-KJM-DB |
|---|---|
| Plaintiff(s) | Hon. Kimberly J. Mueller |
| vs. | |
| FORD MOTOR COMPANY, et al., | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES** |
| Defendant(s). | |
| | Complaint Filed:  May 5, 2022 |
| | Trial Date:  None |

## ORDER

The Court, having considered the Joint Stipulation to Continue the Trial Dates and Related Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Continue Deadlines and the requests therein are GRANTED;
2. Non-Expert Discovery Cut-Off is continued to July 14, 2023.
3. Expert Disclosure is continued to July 21, 2023.
4. Expert Rebuttal is continued to August 18, 2023.
5. Expert Discovery Cut-Off is continued to September 1, 2023.
6. Motion hearing Cut-Off is continued to October 13, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE