UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBRAY MILLER,<br><br>        Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>        Defendant. | Case No.: 2:22-cv-00766-KJM-DB<br><br>District Judge: Hon. Kimberly J. Mueller<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff KAMBRAY MILLER ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 31, 2023. *See* ECF No. 27.

    Accordingly, the Court enters JUDGMENT in favor of plaintiff as provided by the terms of the Rule 68.

    **IT IS SO ORDERED.**

Date: May 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**