**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMBRAY MILLER, | Case No.: 2:22-cv-00766-KJM-DB |
| Plaintiff, | Judge: Hon. Kimberly J. Mueller |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KAMBRAY MILLER ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FMC will pay $16,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court enters an Order awarding Plaintiff $16,000.00 for Attorneys' Fees, Costs, and Expenses and retains jurisdiction for 60 days as outlined in the Parties' Joint Stipulation.

**IT IS SO ORDERED.**

Date:  June 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
**ORDER**